# In the United States Court of Federal Claims

No. 21-1154C
Filed: April 29, 2021

| | |
|---|---|
| **MANUS MEDICAL, LLC,**  *Plaintiff,*  v.  **UNITED STATES,**  *Defendant.* | |

## ORDER

On April 29, 2021, the defendant moved (ECF 10) to dismiss this bid protest on the ground of mootness. The defendant has demonstrated that the challenged procurements have been terminated for the convenience of the government. As a result, the plaintiff's challenge is moot. The defendant represents that the plaintiff does not oppose the motion.

Accordingly, the motion to dismiss is **GRANTED**, and the case is dismissed as moot. The Clerk is **DIRECTED** to enter judgment accordingly and close the case. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**